[No. 19967.   Department Two.   July 26, 1926.]

STATE OF WASHINGTON, *on the Relation of Frank Klaas et al.,*
*Appellants,* v. W. M. JONES, F. S. GARRED *and* FRED WARD,
*as the Board of County Commissioners of Douglas*
*County, and* W. E. BUELL, *Respondents.*[1]

Appeal from a judgment of the superior court for Douglas county,
Grimshaw, J., entered December 1, 1925, dismissing certiorari pro-
ceedings to review the action of a board of county commissioners
in granting a bridge franchise upon sustaining a demurrer to the
application.   Reversed.

*J. Henry Smith* and *Peter McPherson* (*William C. Brown,* of
counsel), for appellants.
*O. R. Hopewell* and *Hartman & Hartman,* for respondents.

PER CURIAM.—This case involves proceedings before the board
of county commissioners of Douglas county, upon the application
of W. E. Buell for a franchise to build and operate a toll bridge
across the Columbia river between the counties of Douglas and
Okanogan, which proceedings were taken into the superior court
by a writ of review, thence to this court by appeal.

The case is controlled by our decision in *State ex rel. Klaas v.*
*Shumway, ante* p. 43, 248 Pac. 76, on the authority of which the
judgment appealed from in this case is reversed.

[1]Reported in 248 Pac. 77.